UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHEILA HACKERT, Individually, and as
Administratrix of the Goods, Chattels, and
Credits of William P. Hackert, Jr., and Christine
M. Hackert, Deceased; and JOHN ANTHONY
HACKERT,

                              Plaintiffs,        1:03-CV-216

      vs

FIRST ALERT, INC.; and BRK BRANDS, INC.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                          OF COUNSEL:

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.                JAMES L. FETTERLY, ESQ.
Attorneys for Plaintiffs                              SALLY M. SILK, ESQ.
Suite 2800
800 LaSalle Avenue
Minneapolis, MN 55402-3394

HACKER & MURPHY, LLP                                  JAMES E. HACKER, ESQ.
Attorneys for Plaintiffs                              THOMAS D. BUCHANAN, ESQ.
7 Airport Park Boulevard
P.O. Box 104
Latham, New York 12110-0104

COZEN O'CONNOR                                        JAMES H. HELLER, ESQ.
Attorneys for Defendants                              TERRY M. HENRY, ESQ.
3rd Floor
1900 Market Street
Philadelphia, PA 19103

GOLDBERG SEGALLA LLP                                  NEIL GOLDBERG, ESQ.
Attorneys for Defendants                              MATTHEW S. LERNER ESQ.
Suite 400                                             PETER L. POWERS, ESQ.
665 Main Street
Buffalo, New York 14203

DAVID N. HURD
United States District Judge

# **O R D E R**

At trial in this matter plaintiffs intend to play the videotaped testimony of Nicholas Bellavia, Gary Lederer and Beth Weber. Plaintiffs have provided transcripts of the testimony and the defendants have filed objections to portions of each deposition.

### A. Objections to Testimony of Nicholas Bellavia (Docket No. 186.)

Defendants' objections to the testimony listed by letter at A, D, K and L are sustained. Defendants' objections as to the remainder of the testimony - listed at B, C, E, F, G, H, I, J, and M - are overruled.

### B. Objections to Testimony of Gary Lederer (Docket No. 187.)

Defendants' objections to the testimony listed by letter at A, B, D through O, Q through W, Y, AA, BB, CC, FF, GG (pg. 36 lines 13 - 25), HH through MM, PP, QQ, RR, SS, UU, WW, XX, YY, ZZ, and AAA through HHH are sustained. Defendants' objections as to the remainder of the testimony - listed at C, P, X, Z, DD, EE, GG (pg. 36 lines 1-12), NN, OO, TT, and VV - are overruled. Defendants' objections to testimony in the Gary Lederer deposition on the ABC 20-20 show - lettered A through I - are overruled.

### C. Objections to Testimony of Beth Weber (Docket No. 188.)

Defendants' objections to the testimony listed by letter at A, F, and G are sustained. Defendants' objections as to the remainder of the testimony - listed at B, C, D, E, H, I, J, K, L, M, N, O, P, Q, R, and S - are overruled.

Therefore, it is

ORDERED that

Defendants' objections are SUSTAINED, in part, and OVERRULED, in part, as set forth above.

IT IS SO ORDERED.

_____
David N. Hurd
District Judge

Dated: April 4, 2006
       Utica, New York.