**APRIL 3rd, 2006**                                              **UTICA, NEW YORK**
**HON. DAVID N. HURD, Presiding**
**Clerk: Craig B. Minor**
**Steno: Nancy Freddoso**

9:25 A.M.   IN CHAMBERS
Sheila Hackert, etc., et ano.,
     vs.
First Alert, Inc.                                                1:02-CV-216

    CONFERENCE/Ct. & counsel meet & discuss jury selection, trial procedure and duration.

Appearances: James Fetterly, James Hacker & Sally Silk for pltfs, James Heller, Neil Goldberg & Terry Henry deft

9:45 A.M.  Recessed
9:50 A.M.  COURT IN SESSION

    ***Jury selection begins...***Judge Hurd conduct voir dire examination of prospective jurors.

11:45 A.M.  Jury drawn and sworn.  Remaining jurors excused w/thanks of the Court–Recessed.
11:55 A.M.  COURT IN SESSION                                     w/jury

    Judge Hurd states his opening instructions to the jury.

12:31 P.M.  Recessed
1:30 P.M.  COURT IN SESSION                                      w/jury

    Atty. Fettlerly states his opening argument on behalf of plaintiffs

3:00 P.M.  Recessed
3:15 P.M.  COURT IN SESSION                                      w/o jury

    Deft's motion for a mistrial–DENIED.

3:20 P.M.  Jury enters Courtroom.

    Atty. Heller states his opening argument on behalf of defendant

4:15 P.M.  Jury excused until 4/4/06

    Deft's motion to strike trial testimony of firefighters at trial–DENIED.

4:30 P.M.  Adjourned to 4/4/06